21-4324

4th Circuit Court of Appeals
Tiba Conley 40040-007

Clerk of Courts

CP

I'm writing to let the court's & the 4th District of Maryland that I know Longer will be using Mr. Burnham he is ineffective he didn't do nothing for me at trial, Now he is not trying to do what I asked. For the record No warrants where shown at my trial, my case was based on two controlled buy's Never seen the evidence yet. & It was not produced at trial, my case is Fake, fabricated. I was not allowed to challenge my accuser, I will be needing new counsel, may you please forward to Greenbelt Courthouse & All relevant parties involved. I will send the letter I sent y'all previously, them are the things he's refusing to do. This is errors all across the board. I really don't understand why I'm still incarcerated. Thanks in advance your time and patience is greatly appreciated.

Respectfully Submitted
Tiba Conley

RECEIVED 2021 DEC -8 PM 2:21 U.S. COURT OF APPEALS FOURTH CIRCUIT

4th Circuit Court of Appeals

21-4324
cp

Clerk of Courts,

Tiba Conley #40040-007

I Tiba Conley, I'm writing you in regards to the appeal my counsel, Charles Burnham should be drafting and inevitibly filing on my behalf I just want to make clear for the record the arguments, issues I would like my lawyer to raise in my direct appeal, Those arguments are Franks hearing, 4th amend, speedy trial, lack of evidence, Habeas corpus, lastly my 5th amend argument that I was denied the right to confront my accuser. Should counsel decide any of those arguments lack merit, I also request that counsel file an Anders brief regarding those arguments pursuant to the Supreme Courts decision in Anders vs. California and its progeny.

To be clear I would have written the courts sooner regarding the above issues but due to the covid pandemic and being moved to another facility I have just now been able to acquire the necessary information and material needed to draft this document. I would greatly appreciate if you would file this letter on my appelate docket and forward copy's to all relevant parties involved with my appeal. Your time and patience is greatly appreciated.

Respectfully Submitted
Tiba Conley

RECEIVED
2021 AUG 17 PM 1:26
U.S. COURT OF APPEALS
FOURTH CIRCUIT

RECEIVED
2021 DEC -8 PM 2:20
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Name: Tiba Conley
Register Number: 40040-007
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

COLUMBIA SC 290
06 DEC 2021 PM 3 L

Clerk's Office
U.S. Court of Appeals
For The Fourth Circuit
1100 E. Main Street, Suite 501
Richmond Virginia 23219

23219-353826

USCA4 Appeal: 21-4324   Doc: 34   Filed: 1