IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| United States | : | |
| :--- | :--- | :--- |
| | : | |
| | : | |
| v. | : | Case No. 21-4324 |
| | : | |
| Tiba Conley, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### CHARLES BURNHAM'S RESPONSE TO
### TIBA CONLEY'S MOTION TO RELIEVE COUNSEL

Pursuant to the Court's order, ECF No. 35, we write in response to Mr. Conley's motion to relieve counsel. ECF No. 34.

We have expended significant time reviewing the records of Mr. Conley's case and researching potential issues for appeal. We have discussed the potential issues with Mr. Conley in light of the views expressed in his August 17, 2021 letter to the Court and our responsibilities under Rules of Professional Conduct 1.2(a)(lawyer shall consult with client as to the means of achieving client's objectives) and 3.1(meritorious claims and contentions).

We acknowledge a seemingly irreconcilable strategic difference between ourselves and Mr. Conley as to the best means of achieving his objectives in this appeal. Attorney client privilege prevents us from offering further details.

We have identified several meritorious issues to raise for Mr. Conley in this appeal. We therefore do not consider an *Anders* brief necessary and do not plan to file one.

We do not, however, wish to prevent representation of Mr. Conley by counsel of his choice. Therefore, we take no position on Mr. Conley's motion to relieve counsel.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
BURNHAM & GOROKHOV, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## **CERTIFICATE OF SERVICE**

I certify that on December 13, 2021, I filed the foregoing document with the Court through CM/ECF, and served a copy upon Mr. Conley by mail at the following address:

    Mr. Tiba Sakuri Conley
    Reg. No. 40040-007
    FCI Williamsburg
    P.O. Box 340
    Salters, SC 29590

    Respectfully Submitted,

    By:

    /s/ *Charles Burnham*
    Charles Burnham VSB # 72781
    BURNHAM & GOROKHOV, PLLC
    1424 K St. NW, Suite 500
    Washington, DC 20005
    (202) 386-6920 (phone)
    (202) 765-2173 (fax)
    charles@burnhamgorokhov.com