August-15-2022

Tiba Conley 40040-007    4th Circuit Court of Appeals

21-4324 CP

RECEIVED 2022 AUG 18 PM 2:13 FOURTH CIRCUIT

To Whom it May Concern: First I would like to start of by saying Greetings. I'm writing to this court for immediate Release, I have facts to support my claim. I would start off by saying there was never a warrant for my house, the detectives on the case fabricated everything in the case, My "State" probable cause sheet State's "Active" "Narcotic investigation", I was harassed by detectives in State Custody about Homicides. Then when I was picked up by Feds thats when the alleged controlled buy's came up, The whole case is false info. In 2016 I put in for speedy trial, The prosecution pushed it backed over "10" times thats improper on there behalf. Also if prosecution knew they had a conviction it would not take five years. I have requested all the evidence for the case never got nothing. I have wrote Mr. Messitte numerous letters about the case. Also in Feb-2020 I wrote Chief Judge about my case, my Judge was bias toward me including prosecutor and lawyer, thats why in Dec-17-2019 I became Pro-se, because I had no help, My main reason for immediate Release is that on Dec-17-2019 when I represented myself I sweared to penalties of perjury I never did the controlled buy's, Also nothing was presented at the hearing. Also on July-21-2020 the court received my motion for Dismissal "Never" Respond'd it exposed the case. It's really unprofessional the way the Court went about my case they job is to prove I was guilty Nothing was presented at trial not even the "warrant", That's why Mr. Messitte got my removed from the Court on trial day I told him I'm talking about the controlled buy's, He said I cant that's basically for him to get a conviction, Also the jury never got the facts of the case. I put in a motion for judgment of acquittal, and other grounds, and new trial Never got a response all this was filed on 10-5-2020 after trial. I feell that I'm being punished cause I didn't plead guilty, Right is right wrong is wrong Nothing was presented to prove my guilt, I also got over sentenced in my PSI my max was 10 years, lastly united states vs. weeks is similar to my case. Thank you for your time and patients.

Respectfully submitted

Tiba Conley

Tiba Conley 40040-007

August-15-2022

4th Circuit Court of Appeals

RECEIVED
2022 AUG 18 PM 2:13
FOURTH CIRCUIT

I'm writing this court for relief. I have no one on my side in Greenbelt I have been basically tortured for years. I have a family and loved ones that's depressed due to my situation. I just felt like this is the higher courts so I can express my feelings. My grandmother has Dementia now it breaks me down not to be by her side. Also can you put yourself in my shoes for 5 mins and think about what im going threw. This whole process is "File" on the court behalf. Sometime's I think is this really real Everything I filed and read in lawbooks are not being upheld. All Reality I think, Im praying to get immediate release, I just dont see whats reasoning for new trial when there is nothing to present, I have been gone from family my whole life in my 30's now wanna be there for grandmother, I'll even take ankle bracelet, wanna support my grandmother. Thanks for the time to read this.

Respectfully submitted
Tiba Conley

Name: Tiba Conley
Register Number: 40040-007
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

COLUMBIA SC 290

16 AUG 2022 PM 2 L

U.S. Court of Appeals
For The Fourth Circuit
Richmond, VA 23219
1100 E. Main Street, Suite 501



RECEIVED
U.S. MARSHALS